RICHARD R. THIEM, APPELLEE AND CROSS-APPELLANT, V. ELISSA A. THIEM, APPELLANT AND CROSS-APPELLEE.

450 N.W.2d 660

Filed January 26, 1990.    No. 88-028.

William T. Ginsburg, of Zuber & Ginsburg, for appellant.

Debra Stangl, of Bradford, Coenen, Ashford & Stangl, for appellee.

HASTINGS, C.J., BOSLAUGH, WHITE, CAPORALE, SHANAHAN, GRANT, and FAHRNBRUCH, JJ.

PER CURIAM.

Based on the briefs and the recommendation of the Appellate Division of the District Court, and upon a de novo review of the record, the judgment of the district court is modified as set forth in the recommendation of the Appellate Division of the District Court.

AFFIRMED AS MODIFIED.